UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

JENNIFER L JOHNSON

Debtor(s)

Case No. 09-35101

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/22/2009.

2) The plan was confirmed on 12/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 03/30/2010.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $18,340.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,458.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,458.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,370.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $249.64 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,619.64** |

Attorney fees paid and disclosed by debtor:   $130.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVENTIST BOLINGBROOK HOSPITA | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON | Unsecured | 74.60 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 6,014.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 224.00 | 224.25 | 224.25 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 851.00 | 746.19 | 746.19 | 0.00 | 0.00 |
| CITIFINANCIAL AUTO | Unsecured | NA | 499.52 | 499.52 | 0.00 | 0.00 |
| CITIFINANCIAL AUTO | Secured | 7,449.00 | 7,449.00 | 7,449.00 | 538.04 | 61.24 |
| CITIFINANCIAL RETAIL SVCS | Unsecured | 2,415.37 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 322.00 | 322.00 | 0.00 | 0.00 |
| CNAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| COLLINS FINANCIAL SERVICES | Unsecured | 3,346.82 | 3,605.26 | 3,605.26 | 0.00 | 0.00 |
| COLLMASTERS | Unsecured | 992.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| CONDOR CAPITAL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL BOND & COLLECTION | Unsecured | 744.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,095.76 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | 35,977.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | 4,875.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 350.75 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 2,717.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIGESTIVE DISEASE | Unsecured | 100.10 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | Unsecured | 175.57 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | 4,388.00 | 4,387.65 | 4,387.65 | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA INSURANCE CO | Unsecured | 1,777.57 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 592.13 | 592.13 | 592.13 | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,677.00 | 2,676.59 | 2,676.59 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,299.00 | 2,299.37 | 2,299.37 | 0.00 | 0.00 |
| RMI/MCSI | Unsecured | 100.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 362.68 | 362.68 | 362.68 | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 483.17 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,323.00 | 1,103.99 | 1,103.99 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,942.00 | 1,942.49 | 1,942.49 | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF VILLA PARK | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 4,697.44 | 4,697.44 | 4,697.44 | 239.08 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,449.00 | $538.04 | $61.24 |
| All Other Secured | $4,697.44 | $239.08 | $0.00 |
| **TOTAL SECURED:** | **$12,146.44** | **$777.12** | **$61.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,962.12** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,619.64 |
| Disbursements to Creditors | $838.36 |
| **TOTAL DISBURSEMENTS:** | **$4,458.00** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/15/2010                  By: /s/ Glenn Stearns
                                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**